UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-13207 |
| | ) | |
| JAMES GREGORY AZLEIN | ) | |
| DEBORAH SUE AZLEIN, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Judge: PAT E. MORGENSTERN-CLARREN |
| | ) | |

**NOTICE OF INTENT TO SELL AND SALE OF PERSONAL PROPERTY**
**(2003 Cadillac Escallade EXT, 2004 Porsche Cayenne and 2006 Lexus LX470) AT**
**PRIVATE SALE PURSUANT TO 11 U.S.C. § 363**

Please take notice that pursuant to 11 U.S.C. § 363(b) and in accordance with Rules 2002(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Richard A. Baumgart, the Trustee in the chapter 7 bankruptcy case identified in the caption above, intends to sell at private sale, the following personal property:

2004 Porsche Cayenne
2003 Cadillac Escalade EXT
2006 Lexus LX470

The above property will be sold to the Debtors at a private sale immediate following the hearing listed in the date and time listed below for the total lump sum of $20,000.00, which the Debtors have already been remitted to the Trustee. There are no known liens, claims, encumbrances or other interests in the property. other than the Debtors' claims of exemption. A hearing is scheduled in Room 2A of the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, located at the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114, on February 27, 2014 at 8:30 AM, to consider this Notice, and any written objection thereto which is filed and served on the undersigned, the United States Trustee, and all parties entitled to receive such objection not later than seven (7)

days preceding the date scheduled for the hearing.  If no objection to this notice is filed and

served within such time, the sale will be completed without a hearing.

>/s/ Patrick A. Hruby
> Patrick A. Hruby (#0085107)
> DETTELBACH, SICHERMAN & BAUMGART
> 1801 East Ninth Street, Suite 1100
> Cleveland, Ohio  44114-3169
> Phone:  (216) 696-6000
> Fax:  (216) 696-3338
> Email: phruby@dsb-law.com

## **CERTIFICATE OF SERVICE**

I certify that on February 4, 2014, a true and correct copy of the foregoing Notice of Sale was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Frederic P Schwieg, on behalf of the Debtors, at fschwieg@schwieglaw.com
United States Trustee at (registered address)@usdoj.gov

and in accordance with Local Rule 2002-1, copies were mailed by regular U.S. Mail, postage pre-paid for delivery to the parties on the attached matrix.

>/s/ Patrick A. Hruby
> Patrick A. Hruby (#0085107)
> DETTELBACH, SICHERMAN & BAUMGART
> 1801 East Ninth Street, Suite 1100
> Cleveland, Ohio  44114-3169
> Phone:  (216) 696-6000
> Fax:  (216) 696-3338
> Email: phruby@dsb-law.com

George Roman Auctioneer Ltd
Ronald Roman
22 W. Main St
Canfield, OH 44406-1426

Allianceone Receivable
6565 Kimball Dr
Gig Harbor, WA 98335-1200

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

American InfoSource LP as agent for
RJM Acquisitions, LLC
as assignee of KEYBANK, N.A.
PO Box 268850
Oklahoma City, OK 73126-8850

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Bk Of Amer
Attn: Correspondence Unit
Po Box 5170
CA6-919-02-41
Simi Valley, CA 93062-5170

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chase Mht Bk
Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850-5298

Chubb Insurance
PO Box 7247-0180
Philadelphia, PA 19170-0180

Classic Architecture, Inc.
150 Park Place
Chagrin Falls, OH 44022-4442

Cleveland Municipal Court
Civil Division
1200 Ontario St L 2
Cleveland, OH 44113-1669

Comenity Capital/jjill
995 W 122nd Ave
Westminster, CO 80234-3417

Costa Vrisakis
327 Edgecliff Road
Woollahra, N.S.W. 2025
Australia

Creditors Interchange Receivable Mg
80 Holtz DR
Buffalo, NY 14225-1470

Cuyahoga County Common Pleas Ct
Clerk of Court- Civil
1200 Ontario St FL1
Cleveland, OH 44113-1664

Cuyahoga County Prosecutor
General Civil Division
1200 Ontario St FL 8
Cleveland, OH 44113-1658

David Preng
2925 Briarpark, Suite 1111
Houston, TX 77042-3734

Dennis Carlton
2669 Larimer Street
Denver, CO 80205-2218

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850-5316

Dominion East Ohio Gas
P O Box 26666
Richmond, VA 23261-6666

Frederic P. Schwieg
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116-3008

Illuminating Co.
Bankruptcy Dept
6896 Miller Rd Ste 204
Brecksville, OH 44141-3222

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

Jan Kriwinsky
3690 Orange Place Ste 100
Beachwood, OH 44122-4438

Joe McCoy
10811 Timberglen Drive
Houston, TX 77024-6808

Keybank NA
Attn: Bankruptcy 4910 Tiedeman Rd
Mail Code OH-01-51-0622
Brooklyn, OH 44144-2338

| | | |
|---|---|---|
| Keybank Na<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Nordstrom FSB<br>Attention: Account Services<br>Po Box 6566<br>Englewood, CO 80155-6566 |
| Ohio Attorney General<br>Collections Enforcement Section<br>attn Bankruptcy Staff<br>150 E Gay ST Fl 21<br>Columbus, OH 43215-3191 | Ohio Department of Taxation<br>Attn Bankruptcy Division<br>PO BOX 530<br>Columbus, OH 43216-0530 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 |
| Polacek Remodeling & Construction<br>30380 Cannon Road<br>Solon, OH 44139-1607 | Regional Income Tax Agency<br>PO BOX 470537<br>Attn: Legal Department<br>Broadview Heights, OH 44147-0537 | Rjm Acq Llc<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791-3426 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Thompson Hine<br>127 Public Sq Ste 3900<br>Cleveland, OH 44114-1224 | Time Warner Cable<br>PO Box 0901<br>Carol Stream, IL 60132-0901 |
| US Attorney-- ND Ohio<br>Attn Bankruptcy Section<br>801 W Superior Ave Ste 400<br>Cleveland, OH 44113-1852 | United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614-1501 | United States Attorney General<br>Main Justice Bldg<br>10th & Constitution Ave NW<br>Washington, DC 20530-0001 |
| Verizon<br>Verizon Wireless Department/Attn: Bankru<br>Po Box 3397<br>Bloomington, IL 61702-3397 | Verizon Wireless<br>Great Lakes<br>P.O. Box 790406<br>Saint Louis, MO 63179-0406 | Deborah Sue Azlein<br>555 Solon Rd<br>Chagrin Falls, OH 44022-3334 |
| | James Gregory Azlein<br>555 Solon Rd<br>Chagrin Falls, OH 44022-3334 | Jan Kriwinsky<br>3600 Orange Place, Suite 100<br>Beachwood, OH 44122 |